

SEP 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
ANDREA S. MOON
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JAMES WILLIS ARMSTRONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMES WILLIS ARMSTRONG,<br>Defendants. | No. 2:11-CR-00396 DAD<br><br>~~PROPOSED~~ DAD TRANSPORTATION ORDER<br><br>Date: October 4, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Dale A. Drozd |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, JAMES WILLIS ARMSTRONG, the cost of round-trip, privately-owned vehicle mileage (POV) reimbursement in lieu of providing transportation from Redding, California to Sacramento, California for his arraignment as provided in 18 U.S.C. § 4285. The

///

///

///

defendant intends to travel in his POV from Redding, and requires assistance due to living off of disability. The Court, having reviewed information supplied by memorandum, finds the defendant is unable to provide the necessary transportation on his own. The Government has been informed of this request and has no opposition.

This is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated: September 27, 2011

DALE A. DROZD
U.S. Magistrate Court Judge