



1  BENJAMIN B. WAGNER
   United States Attorney
2  DAVID PETERSEN
   Special Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,       )  2:11-cr-00396-DAD
                                   )
12         Plaintiff,               )
                                   )  STIPULATION TO TRANSFER
13    v.                            )  JURISDICTION FROM THE SACRAMENTO
                                   )  DIVISION TO THE REDDING DIVISION
14 JAMES WILLIS ARMSTRONG,         )  IN THE EASTERN DISTRICT OF
                                   )  CALIFORNIA AND SET CHANGE OF PLEA
15         Defendant.               )  FOR NOVEMBER 29, 2011 AT 11:00
                                   )  A.M.
16 _____)

18     IT IS HEREBY STIPULATED and agreed to between the United
19 States of America, through David Petersen, Special Assistant
20 United States Attorney, and the defendant, James Willis
21 Armstrong, by and through his counsel, Linda Harter, Chief
22 Assistant Federal Defender, that jurisdiction of case 2:11-cr-
23 00396-DAD be transferred from the Honorable Magistrate Judge Dale
24 A. Drozd of the Sacramento Division to the Honorable Magistrate
25 Judge Craig M. Kellison of the Redding Division, in the Eastern
26 District of California.
27     Further, it is stipulated by the parties that a Change of
28 Plea be set for November 29, 2011 at 11:00 a.m. before Judge

1 | Kellison in Redding, CA and that the defendant, James Willis
2 | Armstrong, be ordered to appear at 2986 Bechelli Lane, Redding,
3 | CA 96002 for such hearing.
4 |     The defendant, James Willis Armstrong, is indigent and
5 | resides in Redding. On October 4, 2011, the Court ordered that
6 | the United States Marshal Service furnish the defendant, James
7 | Willis Armstrong, the cost of a round-trip, privately-owned
8 | vehicle mileage (POV) reimbursement. After the transportation
9 | funds had been authorized, but before the defendant had received
10 | the transportation funds, the United States Department of the
11 | Treasury seized the funds to satisfy an existing debt owed by the
12 | defendant to the United States. As the defendant cannot afford to
13 | travel to Sacramento, and the Court's previous attempt to provide
14 | transportation funds to assure the defendant's appearance was
15 | circumvented, it is in the interest of the judicial economy to
16 | transfer jurisdiction of this case from the Sacramento Division
17 | to the Redding Division.

DATED: November 18, 2011      BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       By: /s/ David Petersen
                                                     David Petersen
                                                     Special Assistant U.S. Attorney

DATED: November 18, 2011      DANIEL J. BRODERICK
                                                       Federal Defender

                                                     By: /s/ Linda Harter
                                                     Linda Harter
                                                     Attorney for Defendant

                                                     By: /S/ Andrea Moon
                                                     Andrea Moon
                                                     Certified Student Attorney

BENJAMIN B. WAGNER
United States Attorney
DAVID PETERSEN
Special Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-cr-00396-DAD |
| Plaintiff, ) | |
| ) | ORDER TO TRANSFER JURISDICTION |
| v. ) | FROM THE SACRAMENTO DIVISION TO |
| ) | THE REDDING DIVISION IN THE |
| JAMES WILLIS ARMSTRONG, ) | EASTERN DISTRICT OF CALIFORNIA |
| ) | AND SET A CHANGE OF PLEA FOR |
| Defendant. ) | NOVEMBER 29, 2011 AT 11:00 A.M. |

It is hereby ORDERED that the above captioned matter is transferred from the Sacramento Division of the Eastern District of California to the Redding Division of the Eastern District of California, and that the Status Conference scheduled for November 22, 2011 is vacated. The parties are ORDERED to appear for a Change of Plea hearing on November 29, 2011, at 11:00 a.m. before the Honorable Craig M. Kellison at 2986 Bechelli Lane, Redding, CA 96002,

IT IS SO ORDERED.

DATED: *November 18*, 2011

HON. DALE A. DROZD
United States Magistrate Judge